7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Pauleah DeVaughn Minix
*Debtor*

*Bankruptcy Case No.*
14–60033–abf7

**United States of America, on behalf of the Social Security Administration**
    Plaintiff(s)

*Adversary Case No.*
14–06010–abf

v.

**Pauleah DeVaughn Minix**
    Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in favor of Plaintiff United States of America, and against Defendant Pauleah Minix, on Count Two of Plaintiffs Complaint, in the amount of $132,278. Such debt is NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(7).

Ann Thompson
Court Executive

By: /s/ Sharon Greene
Deputy Clerk



Date of issuance: 6/23/15

Court to serve